UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 25, 2023

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GARY PATRICK EISENHOUR,

Defendant.

Case No.  2:23-mj-00083-JDP

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   GARY PATRICK EISENHOUR,

Case No.  2:23-mj-00083-JDP, Charge 18 U.S.C. § 3583(e)(3), from custody for the

following reasons:

   X   Release on Previously Imposed Supervised Release Conditions

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

   X   (Other): The defendant is ordered released by 7:00 p.m. on May 25,
2023.

Sacramento County Jail is further ORDERED to release the defendant with a

   X   30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on May 25, 2023 at 3:15 p.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE